UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-25196-CIV-ALTONAGA/Goodman

**ERIC SMITH**,

    Plaintiff,

v.

**BAPTIST HEALTH SOUTH FLORIDA, INC.**; *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants, Baptist Health South Florida, Inc., Boca Raton Regional Hospital, Inc. and Gastro Health, LLC's Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 59], filed May 28, 2020. Under Local Rule 7.1(c), "each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c).

Plaintiff, Eric Smith's opposing memorandum of law to the Motion was due to be filed on June 11, 2020. Plaintiff failed to timely respond to Defendants' Motion. Nevertheless, on June 12, 2020, the Court issued an Order [ECF No. 62] permitting Plaintiff to cure the default by filing a response no later than June 17, 2020. (*See* June 12, 2020 Order 2). Plaintiff was cautioned the failure to do so could result in the Court granting Defendants' Motion by default. (*See id.* 2 n.1). Plaintiff not only ignored the deadline for filing a response but also ignored the Court's Order warning the Amended Complaint [ECF No. 57] could be dismissed without further notice as a result of Plaintiff's inaction.

CASE NO. 19-25196-CIV-ALTONAGA/Goodman

Being fully advised, it is

**ORDERED AND ADJUDGED** that Defendants, Baptist Health South Florida, Inc., Boca Raton Regional Hospital, Inc. and Gastro Health, LLC's Motion to Dismiss Plaintiff's Amended Complaint **[ECF No. 59]** is **GRANTED** by default.  The Amended Complaint **[ECF No. 57]** is **DISMISSED** without prejudice.  The Clerk of Court is directed to **CLOSE** this case, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 7th day of July. 2020.

_____<br>
**CECILIA M. ALTONAGA**<br>
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record; Plaintiff, *pro se*